UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Susan D. Wigenton |
| v. | : | Crim. No. 11-823 |
| JEFFREY LEGETTE | : | <u>ORDER FOR CONTINUANCE</u> |

This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (Fabiana Pierre-Louis, Assistant U.S. Attorney, appearing), and defendant Jeffrey Legette (Richard M. Roberts, Esq., appearing), for an order granting a continuance of the proceedings in the above-captioned matter, and the defendant being aware that he has the right to have the matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to Title 18, United States Code, Section 3161(c)(1), and the defendant having consented to such a continuance, and it appearing that the defendant waives such right, and one prior continuance having previously been granted by the Court pursuant to Title 18, Unites States Code, Section 3161(h)(7), and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) Plea negotiations are currently in progress, and both the United States and the defendant desire additional time

to negotiate a plea agreement, which would render any grand jury proceedings and any subsequent trial of this matter unnecessary;

(2) As a result of the foregoing, pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore, on this 1ST day of September 2012,

ORDERED that this action be, and hereby is, continued until November 25, 2012; and it is further

ORDERED that the period from the date of this order through and including November 25, 2012 shall be excludable in computing time under the Speedy Trial Act of 1974.

HONORABLE SUSAN D. WIGENTON
United States District Judge

Form and entry
consented to:

Fabiana Pierre-Louis
Assistant U.S. Attorney

Richard M. Roberts, Esq.
Counsel for defendant Jeffrey Legette